

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

MCH Professional Care and
Kristopher Kindle, CRNA,

\* From the 161st District Court
  of Ector County,
  Trial Court No. B-16-12-1170-CV

Vs. No. 11-19-00338-CV

\* September 23, 2021

Yulissa Zubia, individually and as
representative of the Estate of
Elpidia Rios de Zubia; Rene Zubia;
and Rene Zubia, Jr.,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we render judgment dismissing with prejudice the claims of Yulissa Zubia, individually and as representative of the Estate of Elpidia Rios de Zubia; Rene Zubia; and Rene Zubia, Jr. against MCH Professional Care and Kristopher Kindle, CRNA. The costs incurred by reason of this appeal are taxed against Yulissa Zubia, individually and as representative of the Estate of Elpidia Rios de Zubia; Rene Zubia; and Rene Zubia, Jr.